UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Case No. 1:06-cv-157 |
| JOYCE M. STONE, CHARLES J. FREED, AND STONE & ASSOCIATES, | |
| Defendants. _____/ | |

### ORDER LIFTING STAY

On October 14, 2008, this Court entered an order granting Plaintiff's motion to stay this lawsuit pending resolution of the criminal case *United States of America v. Joyce M. Stone and Charles J. Freed, 1:08-cr-232*. On November 30, 2009, both Defendants were sentenced and the criminal proceedings before this Court were concluded. As such, the Court will lift the stay in this matter.

**IT IS SO ORDERED**.

Date: December 15, 2009

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge